

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK:VC
F. #2023R00955

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 4, 2024

By E-mail

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: United States v. Joseph Grunwald
> No. 24-MJ-6

Dear Judge Merkl:

The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter. The defendant has been arrested, and therefore there is no longer any need to keep the complaint and arrest warrant sealed.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Vincent Chiappini
Vincent Chiappini
Assistant U.S. Attorney
(718) 254-6299

Enclosure

cc: Clerk of Court (by ECF)

WK:VC
F.# 2023R00955

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOSEPH GRUNWALD,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

No. 24-MJ-6

       Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Assistant United States Attorney Vincent Chiappini, for an order

unsealing the complaint and arrest warrant in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrant in the above-

captioned matter be unsealed.

Dated:   Brooklyn, New York
       January 4                   , 2024

                             *Taryn A. Merkl*
                         HONORABLE TARYN A. MERKL
                         UNITED STATES MAGISTRATE JUDGE
                         EASTERN DISTRICT OF NEW YORK